■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAIAH HARPER, Appellant. [678 NYS2d 258] —Judgment, Supreme Court, Bronx County (Alexander Hunter, J.), rendered September 11, 1996, convicting defendant, after a jury trial, of two counts of robbery in the first degree, three counts of robbery in the second degree, and one count of assault in the second degree, and sentencing him, as a persistent violent felony offender, to concurrent terms of 17 years to life and 15 years to life to be served consecutively to concurrent terms of 17 years to life, 15 years to life, 15 years to life, and 10 years to life, unanimously affirmed.

The verdict was based upon legally sufficient evidence. We see no reason to disturb the jury's determinations concerning credibility and identification issues (*see, People v Gaimari*, 176 NY 84, 94).

We perceive no abuse of sentencing discretion, and conclude that the sentence was not based on any improper criteria. Defendant's remaining challenges to his sentence are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find them to be without merit. Concur—Sullivan, J. P., Nardelli, Rubin, Tom and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY COLAS, Appellant. [677 NYS2d 761] —Judgment, Supreme Court, New York County (Herbert Adlerberg, J.), rendered May 9, 1995, convicting defendant, upon his plea of guilty, of attempted robbery in the first degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

Defendant's claim of ineffective assistance of counsel has not been amplified by a CPL 440.10 motion, which might further develop the record. On the existing record, we find that defendant received effective assistance of counsel (*see, People v Ford*, 86 NY2d 397, 404). Concur—Sullivan, J. P., Nardelli, Rubin, Tom and Mazzarelli, JJ.